IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARTHUR O. ARMSTRONG,            )
                                )
            Plaintiff,           )
                                )
    v.                           )
                                )   1:24-cv-96
NORTH CAROLINA, and              )
KOURY CORPORATION,               )
                                )
            Defendants.          )

**ORDER**

This matter is before the court for review of the Text Recommendation ("Recommendation") filed on February 6, 2024, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (See Doc. Ent. 2/06/2024.) The Recommendation was served on Plaintiff on February 7, 2024. (Doc. 3.) Plaintiff filed an objection to the Recommendation, (Doc. 4).

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions."

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de

novo determination which is in accord with the Magistrate Judge's Recommendation. Therefore, this Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Text Recommendation, (Doc. Ent. 02/06/2024), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED**, without any authorization to file a notice of appeal, and that Plaintiff shall pay $400 as a monetary sanction for this continuation of his long-standing pattern of frivolous litigation conduct, for the reasons cited in the Magistrate Judge's Recommendation.

**IT IS FURTHER ORDERED** that, in addition to any and all other injunctions in place against Plaintiff Arthur O. Armstrong, Plaintiff is hereby **ENJOINED** from making any filings in this Court unless and until he first pays any outstanding monetary sanction(s).

**IT IS FURTHER ORDERED that any documents submitted to the court by Plaintiff prior to such payment shall be held for his retrieval or otherwise returned to him without docketing.**

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 21st day of February, 2024.

                                                     /s/ William L. Osteen, Jr.
                                                     United States District Judge